**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tomas ALVARADO, Defendant–**
**Appellant.**

No. 15–30199

United States Court of Appeals,
Ninth Circuit.

Submitted July 26, 2016 *

FILED August 1, 2016

Leif Johnson, Assistant U.S. Attorney, Brendan Patrick McCarthy, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, Joseph E. Thaggard, Assistant U.S. Attorney, USHE–Office of the US Attorney, Helena, MT, for Plaintiff–Appellee.

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Tomas Alvarado appeals from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Alvarado contends that the district court abused its discretion by denying his motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines. The district court acted within its discretion when it denied Alvarado a sentence reduction based on his undisputed ties with an international drug cartel, his extensive criminal history, and his post-offense conduct. *See* U.S.S.G. § 1B1.10 cmt. n.1(B); *United States v. Lightfoot*, 626 F.3d 1092, 1096 (9th Cir. 2010).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

